George F. Moore, appellee, v. Georgia Casualty Company, appellant. Gen. No. 30,097.

Action upon indemnity insurance policy for injury by insured's automobile. Judgment against insured and insurer. Appeal by insured. Appeal from the Circuit Court of Cook county; the Hon. William V. Brothers, Judge, presiding. Heard in the first division of this court

for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Albert Roy Hulbert, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.